No. 72–6253. JACKSON v. WARDEN. C. A. 4th Cir. Certiorari denied.

No. 72–6256. SNELL v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 72–6263. CHRISTIAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 72–6264. KRIKMANIS v. ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–6267. BRIGGS ET AL. v. OHIO SAVINGS & TRUST Co. ET AL. Ct. App. Ohio, Tuscarawas County. Certiorari denied.

No. 72–6273. BOYD v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 72–6276. COLBERT v. APEX CARPET FINISHERS, INC., ET AL. Sup. Ct. Ga. Certiorari denied.

No. 72–6277. HANSON v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 72–6289. SMITH v. SALINE COUNTY DISTRICT COURT. Sup. Ct. Kan. Certiorari denied.

No. 6294. KAVALIAUSKAS v. RILEY ET AL. Sup. Ct. Ill. Certiorari denied.

No. 72–6306. BURTON v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 72–6390. THWING v. SOUTH DAKOTA. C. A. 8th Cir. Certiorari denied.